# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153776

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSEPH WILLIAM INWOOD,
      Defendant-Appellant.

SC: 153776
COA: 331373
Macomb CC: 2015-001777-FH;
2015-001779-FH

_____/

On order of the Court, the application for leave to appeal the April 5, 2016 order of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall pay particular attention to whether the trial court correctly scored Offense Variable 11, MCL 777.41, in Macomb Circuit Court Case No. 2015-001779-FH.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



a1130

Clerk